1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DANIEL LAUFENBERG,              ) Case No. CV 15-7927-JPR
                                     )
12                 Plaintiff,        )        **JUDGMENT**
                                     )
13          v.                       )
                                     )
14   CAROLYN W. COLVIN, Acting       )
     Commissioner of Social          )
15   Security,                       )
                                     )
16                 Defendant.        )
     _____ )
17

18        For the reasons set forth in the accompanying Memorandum

19   Decision and Order, it is hereby ADJUDGED that (1) Plaintiff's

20   request for an order remanding the case for further proceedings

21   is DENIED; (2) the Commissioner's request for an order affirming

22   the Commissioner's final decision and dismissing the action is

23   GRANTED; and (3) judgment is entered in the Commissioner's favor.

24

25   DATED: November 29, 2016      JEAN ROSENBLUTH
                                   _____
26                                 JEAN ROSENBLUTH
                                   U.S. Magistrate Judge
27

28

24